UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  14-49556-399 |
| | ) | |
| RONALD WILLIAM MOORE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | OBJECTION TO EXEMPTIONS |
| | ) | |
| TRACY A. BROWN, | ) | |
| | ) | |
| Chapter 7 Trustee, | ) | |
| vs. | ) | Hearing Date:   June 3, 2015 |
| | ) | Hearing Time:   2:00 p.m. |
| | ) | Response Due:   May 27, 2015 |
| RONALD WILLIAM MOORE, | ) | Hearing Location:   Courtroom 5 North |
| | ) | |
| Debtor/Respondent. | ) | |

**ORDER**

At St. Louis, in this District.

This matter came before the Court upon the Trustee's Objection to Exemptions; no responses having been filed; Upon consideration of the record of the evidence and the record as a whole, the Court being duly informed, the Court finds, concludes and orders as follows:

IT IS ORDERED that the Trustee's Objection to Debtors' Schedule C is SUSTAINED;

That the Debtor's exemptions for:

a. 2 bottles of Chateau Lafite Rothschild 2001 wine (listed under Books, Pictures and Other Art Objects; Collectibles) @ $104.46;

b. Watches:  Swiss Army, Tag Heuer, Jaeger Le Coultre @ $300;

c. Firearms:  Seecamp .380 Handgun and a 12 ga. Shotgun @ $1.200; and

d. 2008 Acura MDX @ $495.5

are denied.

**DATED: June 2, 2015**
**St. Louis, Missouri**

_____
**Barry S. Schermer**
**United States Bankruptcy Judge**

Order prepared by:

Tracy Brown
Chapter 7 Trustee
1034 S. Brentwood Blvd. Suite 1830
St. Louis, MO 63117

Copies to:

Ronald William Moore
Debtor
8300 Delmar Blvd., Suite 516
St. Louis, MO 63124

Robert A. Breidenbach
Attorney for Debtor
10326 Old Olive Street Road, Suite 101\
St. Louis, MO 63141

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102